968 A.2d 763

**SANDS BETHWORKS GAMING, LLC, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF REVENUE, and the Commonwealth of Pennsylvania, Appellees.**

Supreme Court of Pennsylvania.

April 29, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of April, 2009, the Order of the Commonwealth Court is hereby **AFFIRMED.**